Linda S. **RAYNOR**, Plaintiff–Appellant,

v.

**DEPARTMENT OF SOCIAL SERVICES**, Defendant–Appellee.

Linda S. **Raynor**, **Plaintiff–Appellant**,

v.

**Department of Social Services, Defendant–Appellee.**

Linda S. **Raynor**, **Plaintiff–Appellant**,

v.

**Department of Social Services, Defendant–Appellee.**

Linda S. **Raynor**, **Plaintiff–Appellant**,

v.

**Department of Social Services, Defendant–Appellee.**

**Nos. 06–1845, 06–1847 to 06–1849.**

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 15, 2006.

Decided: Nov. 17, 2006.

Linda S. Raynor, Appellant Pro Se.

Before WIDENER, WILKINSON, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, Linda Raynor appeals the district court's orders dismissing her actions against the Virginia Department of Social Services. We have reviewed the record and find no reversible

error. Accordingly, we affirm for the reasons stated by the district court. *See Raynor v. Virginia Dep't of Soc. Serv's,* Nos. 5:06–cv–00056–sgw; 5:06–cv–00059–sgw; 5:06–cv–00060–sgw; 5:06–cv–00061–sgw, 2006 WL 1788950 (W.D.Va. filed June 26, 2006 & entered June 27, 2006; filed June 28, 2006 & entered June 30, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*